AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| Harold Meashintubby and Nellie Meashintubby <br><br> *Plaintiff(s)* <br> v. <br> Shelly Paulk, Chairperson of the OTC; Mark Wood, Vice-Chairperson of the OTC; Charles Prater, Secretary-Member of the OTC <br><br> *Defendant(s)* | Civil Action No. 22-cv-059-KEW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charles Prater, Secretary-Member of the Oklahoma Tax Commission
2501 N. Lincoln Blvd.
Oklahoma City, Oklahoma 73194

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

O. Joseph Williams
Reservation Legal Solutions, PLLC
114 N. Grand Ave., Suite 520
PO Box 1131
Okmulgee, Oklahoma 74447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  02/25/2022

*Patrick Keaney*
Patrick Keaney

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-059-KEW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

x Other *(specify)*:  Certified Mail.  Served on March 4, 2022.  See attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 9, 2022

/s/ O. Joseph Williams
*Server's signature*

O. Joseph Williams, Attorney
*Printed name and title*

Reservation Legal Solutions, PLLC
P.O. Box 1131
Okmulgee, Oklahoma 74447
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 70210950000046921589

Your item was picked up at a postal facility at 8:14 am on March 4, 2022 in OKLAHOMA CITY, OK 73126.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

March 4, 2022 at 8:14 am
OKLAHOMA CITY, OK 73126

Get Updates ⌄

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oklahoma Tax Commission
2501 N. Lincoln Blvd.   73194
Oklahoma City, OK ~~73104~~

9590 9402 6584 1028 9061 35

2. Article Number (Transfer from service label)
7021 0950 0000 4692 1589

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X OTC 232     ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)    ? / ? Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature              ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
☐ Certified Mail®              ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery    ☐ Signature Confirmation™
☐ Collect on Delivery          ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
   Restricted Delivery

Domestic Return Receipt