# United States District Court

---------------------- EASTERN DISTRICT OF OKLAHOMA----------------------

HAROLD MEASHINTUBBY, and
NELLIE MEASHINTUBBY,

        Plaintiffs,

v.                                                                                                  Case No:   22-cv-59-EFM

SHELLY PAULK, MARK WOOD,
and CHARLES PRATER,

        Defendants,

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order filed on January 30, 2023, Doc. 28, Defendants' Motion to Dismiss for Lack of Jurisdiction, Doc. 21 is GRANTED.

This case is closed.

 January 30, 2023 
        Date

                                CLERK OF THE DISTRICT COURT

                        by:  s/  Cindy McKee
                                Deputy Clerk